No. 396. PEDERSEN v. J. F. FITZGERALD CONSTRUCTION CO. *Ante,* p. 742.

No. 566. LAFUENTE v. COUNTY OF LOS ANGELES. March 8, 1943. The second petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. —. EX PARTE JAMES B. GOODRICH;

No. —, original. EX PARTE JOHN MOSHER (317 U. S. 603);

No. 451. BAKER v. HUNTER, WARDEN (317 U. S. 711); and

No. 616. LOUISVILLE GAS & ELECTRIC CO. v. FEDERAL POWER COMMISSION. March 8, 1943. Petitions for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.